**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JENNIFER LEIGH SHAGRIN,

  Plaintiff,

v.

  CASE NO.: 1:24-cv-04906-LMM-JEM

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, ALLY
FINANCIAL INC., DISCOVER
BANK, TRUIST BANK INC. and
MIDLAND CREDIT MANAGEMENT,
INC.,

  Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN, by and through

undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant,

EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with

regard to this case and are presently drafting and finalizing the settlement agreement,

and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of November, 2024.

                                    **/s/Octavio Gomez**
                                    Octavio "Tav" Gomez
                                    Florida Bar #:0338620
                                    Georgia Bar #: 617963
                                    Pennsylvania #: 325066
                                    The Consumer Lawyers PLLC
                                    501 E. Kennedy Blvd., Ste 610
                                    Tampa, FL 33602
                                    Cell: (813)299-8537
                                    Facsimile: (844)951-3933
                                    Primary Email:
                                    Tav@theconsumerlawyers.com
                                    Secondary Email:
                                    Lisa@theconsumerlawyers.com
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 26th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                    **/s/Octavio Gomez**
                                    Octavio "Tav" Gomez

2

Georgia Bar #: 617963
*Attorney for Plaintiff*