**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JENNIFER LEIGH SHAGRIN,

  Plaintiff,

v.

                         CASE NO.: 1:24-cv-04906-LMM-JEM

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, ALLY
FINANCIAL INC., DISCOVER
BANK, TRUIST BANK INC. and
MIDLAND CREDIT MANAGEMENT,
INC.,

  Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
MIDLAND CREDIT MANAGEMENT, INC.**

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, MIDLAND CREDIT MANAGEMENT, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement,

1

and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 4th day of March, 2025.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 4th day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*