UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER LEIGH SHAGRIN,

  Plaintiff,

v.

CASE NO. 1:24-cv-04906-LMM-JEM

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL INC., DISCOVER BANK, TRUIST BANK INC. and MIDLAND CREDIT MANAGEMENT, INC.,

     Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MIDLAND CREDIT MANAGEMENT, INC.

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN and Defendant, MIDLAND CREDIT MANAGEMENT, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant MIDLAND CREDIT MANAGEMENT, INC. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of April, 2025.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Patrick Silloway** |
| Octavio "Tav" Gomez | Patrick Silloway |
| Florida Bar No.: 0338620 | Georgia Bar No. 971966 |
| Georgia Bar No.: 617963 | Email: psilloway@balch.com |
| Pennsylvania No.: 325066 | BALCH & BINGHAM LLP |
| The Consumer Lawyers PLLC | 30 Ivan Allen Jr. Boulevard, N.W. |
| 501 E. Kennedy Blvd., Suite 610 | Suite 700 |
| Tampa, FL 33602 | Atlanta, GA 30308 |
| Cell: (813) 299-8537 | Telephone: (404) 261-6020 |
| Facsimile: (844) 951-3933 | Facsimile: (404) 261-3656 |
| Tav@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | *Attorney for Defendant MIDLAND CREDIT MANAGEMENT, INC.* |
| | |
| **/s/ Rachel R. Friedman** | **/s/ Sarah T. Reise** |
| Rachel R. Friedman | Sarah T. Reise |
| Georgia Bar No. 456493 | Georgia Bar No. 181567 |
| BURR & FORMAN LLP | TROUTMAN PEPPER |
| 1075 Peachtree Street NE | LOCKE LLP |
| Suite 3000 | 600 Peachtree Street NE, Suite 3000 |
| Atlanta, GA 30309 | Atlanta, Georgia 30308 |
| Telephone: (404) 815-3000 | Telephone: (404) 885-3803 |
| Facsimile: (404) 817-3244 | Facsimile: (404) 885-3900 |
| Email: rfriedman@burr.com | Email: sarah.reise@troutman.com |
| *Attorney for Defendant Truist Bank* | *Attorneys for Defendant Ally Financial Inc.* |

**/s/ Paul L. Myers**
Paul L. Myers
pmyers@qslwm.com
Georgia Bar No. 767391
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX  75024
(214) 560-5452
(214) 871-2111 Fax
*Counsel for Trans Union LLC*