# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JENNIFER LEIGH SHAGRIN,

  Plaintiff,

CASE NO. 1:24-cv-04906-LMM-JEM

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL INC., DISCOVER BANK, TRUIST BANK INC. and MIDLAND CREDIT MANAGEMENT, INC.,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALLY FINANCIAL INC.

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN and Defendant, ALLY FINANCIAL INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant ALLY FINANCIAL INC. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Respectfully submitted this 16th day of April, 2025.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Patrick Silloway**
Patrick Silloway
Georgia Bar No. 971966
Email: psilloway@balch.com
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone:  (404) 261-6020
Facsimile:  (404) 261-3656

*Attorney for Defendant MIDLAND CREDIT MANAGEMENT, INC.*

**/s/ Rachel R. Friedman**
Rachel R. Friedman
Georgia Bar No. 456493
BURR & FORMAN LLP
1075 Peachtree Street NE
Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244
Email: rfriedman@burr.com

*Attorney for Defendant Truist Bank*

**/s/ Sarah T. Reise**
Sarah T. Reise
Georgia Bar No. 181567
TROUTMAN PEPPER
LOCKE LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3803
Facsimile: (404) 885-3900
Email: sarah.reise@troutman.com

*Attorneys for Defendant Ally Financial Inc.*

**/s/ Paul L. Myers**
Paul L. Myers
pmyers@qslwm.com
Georgia Bar No. 767391
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX  75024
(214) 560-5452
(214) 871-2111 Fax
*Counsel for Trans Union LLC*