UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER LEIGH SHAGRIN,

  Plaintiff,

v.

CASE NO.: 1:24-cv-04906-LMM-JEM

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL INC., DISCOVER BANK, TRUIST BANK INC. and MIDLAND CREDIT MANAGEMENT, INC.,

  Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRUIST BANK INC.

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRUIST BANK INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or

1

documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 7th day of May, 2025.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 7th day of May, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*
