# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER LEIGH SHAGRIN,<br><br>     Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL, INC., DISCOVER BANK, TRUIST BANK, INC., and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>     Defendants. | CASE NO. 1:24-cv-04906-LMM-JEM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC.

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses her causes of action in the Complaint against the Defendant, TRANS UNION LLC ("Trans Union"). Defendant, Trans Union, has neither filed an answer to the Complaint nor a motion for summary judgment; therefore, dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 19th day of May, 2025.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066

The Consumer Lawyers PLLC  
501 E. Kennedy Blvd, Suite 610  
Tampa, FL 33602  
Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com  
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 19th day of May 2025 via the Court's CM/ECF system, which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**  
Octavio "Tav" Gomez  
Georgia Bar No.: 617963  
The Consumer Lawyers  
*Attorney for Plaintiff*