UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER LEIGH SHAGRIN,<br><br>      Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL, INC., DISCOVER BANK, TRUIST BANK, INC., and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>      Defendants. | CASE NO. 1:24-cv-04906-LMM-JEM |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRUIST BANK

COMES NOW Plaintiff, JENNIFER LEIGH SHAGRIN, and Defendant, TRUIST BANK (named in the Complaint as "TRUIST BANK, INC."), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant TRUIST BANK in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

1

Respectfully submitted this 19th day of May 2025.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Patrick Silloway** |
| Octavio "Tav" Gomez | Patrick Silloway |
| Florida Bar No.: 0338620 | Georgia Bar No. 971966 |
| Georgia Bar No.: 617963 | BALCH & BINGHAM LLP |
| Pennsylvania No.: 325066 | 30 Ivan Allen Jr. Blvd., N.W., Suite 700 |
| The Consumer Lawyers PLLC | Atlanta, Georgia 30308 |
| 501 E. Kennedy Blvd., Suite 610 | Telephone: (404) 261-6020 |
| Tampa, FL 33602 | Facsimile: (404) 261-3656 |
| Cell: (813) 299-8537 | psilloway@balch.com |
| Tav@theconsumerlawyers.com | *Counsel for Defendant, Midland Credit Management, Inc.* |
| *Attorney for Plaintiff* | |
| | |
| **/s/ Rachel R. Friedman** | **/s/ Sarah T. Reise** |
| Rachel R. Friedman | Sarah T. Reise |
| Georgia Bar No. 456493 | Georgia Bar No. 181567 |
| BURR & FORMAN LLP | Troutman Pepper Locke LLP |
| 1075 Peachtree St, N.E., Suite 300 | 600 Peachtree St. N.E., Suite 3000 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30308 |
| Telephone: (404) 815-3000 | Telephone: (404) 885-3803 |
| Facsimile: (404) 817-3244 | Sarah.Reise@Troutman.com |
| rfriedman@burr.com | *Counsel for Defendant, Ally Financial, Inc.* |
| *Counsel for Defendant, Truist Bank* | |